```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/25
```

**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

**MEMORANDUM ENDORSED**

JONATHAN MARRA,

        Plaintiff,

v.

AT&T SERVICES, INC.,

        Defendant.

Case No.: 24-cv-09835-GHW

Removed from the Civil Court of the City of New York, Case No. CV-012714-24/NY

**NOTICE OF AT&T SERVICES, INC.'S MOTION FOR STAY OF PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL <u>PANEL ON MULTIDISTRICT LITIGATION</u>**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant AT&T Services, Inc., through its counsel, Baker & Hostetler LLP, will respectfully move this Court before the Honorable Gregory H. Woods, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order staying of all proceedings and deadlines in this action pending a decision by the Judicial Panel on Multidistrict Litigation on the transfer of this action to MDL 3126.

Dated: January 17, 2025                Respectfully submitted,

                                        **BAKER & HOSTETLER LLP**

                                        */s/ Brian F. Allen*
                                        Brian F. Allen
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Tel: 212.589.4200
                                        Fax: 212.589.4201
                                        ballen@bakerlaw.com

                                        *Attorney for AT&T Services, Inc.*

Application granted. Defendant's request for a stay of the proceedings and existing deadlines in this action, Dkt. No. 19, is granted. All proceedings and deadlines in this action are stayed pending a final decision by the Judicial Panel on Multidistrict Litigation on the transfer of this action to *In re Snowflake, Inc., Data Security Breach Litigation*, MDL No. 3126. The Clerk of Court is directed to note the stay of this action on the docket, to terminate the motion pending at Dkt. No. 19 and to mail a copy of this order to Plaintiff.

SO ORDERED.
Dated: January 18, 2025

                                        _____
                                        GREGORY H. WOODS
                                        United States District Judge